

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

> The request is GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 19.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: March 18, 2025

March 17, 2025

*Via ECF*
Hon. Arun Subramanian
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *NY Daily Newswire, LLC v. Screenprism Media, Inc.*
       Docket No: 1:24-cv-09337-AS

Dear Judge Arun Subramanian:

We are the attorneys for Plaintiff in this matter and write to respectfully request a two-week extension for the filing of the Motion for Default Judgment. Defendant has not appeared on this matter or made any communications to Plaintiff or our office.

On or about July 1, 2024 and August 4, 2024, Plaintiff, through counsel, served the Defendant with pre-litigation letters detailing the unauthorized use of Plaintiff's photograph on its social media accounts. The letters were sent to Defendant via email at the email address info@screenprism.com, which is listed as the contact email on its social media platforms. Defendant did not respond to either of those letters and Plaintiff was forced to commence the instant action.

The Complaint was filed on December 9, 2024 (Dkt. No. 1). A copy of the Summons, Complaint, Civil Cover Sheet, Notice of Initial Pretrial Conference and Second Amended Standing Order M10-468 was personally served on Defendant through the Secretary of State on December 31, 2024. Proof of service was filed with the Court on January 2, 2025 (Dkt. No. 10). Pursuant to Fed. R. Civ. Pro. 12(a)(1), the deadline for Defendant to file an Answer, motion or to otherwise appear in this action was January 21, 2025. Defendant failed to appear or answer in this matter.

Thereafter, on January 30, 2025, Plaintiff filed its request for Certificate of Default Judgment, along with the accompanying documents (Dkt. No. 12). The Defendant was served with the request that same day at its listed address: 175 Varick Street, New York, New York 10014. Proof of service was filed that day as well (Dkt. No. 13). The Clerk issued the Certificate of Default later that day (Dkt. No. 14).



   On March 5, 2025, Plaintiff filed a letter to this Court asking to adjourn the scheduled filing of the Case Management Plan and upcoming Initial Conference since Defendant had not yet appeared on the matter (Dkt. No. 15). The following day Plaintiff served Defendant the Clerk's Certificate of Default, along with the accompanying documents, at the 175 Varick Street address. Proof of service was filed that dame day (Dkt. No. 18).

   The Court submitted the following text entry on March 14, 2025: "Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), By March 19, 2025." To date, Defendant has not appeared, answered or otherwise communicated with Plaintiff on this matter.

   Due to our high case load we have been unable to prepare the Motion for Default Judgment in time and respectfully request a two-week extension.

   Thank you for your consideration of this request.

                  Respectfully submitted,

                  /s *Craig B Sanders*
                  Craig B Sanders