UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NY DAILY NEWSWIRE, LLC,<br><br>                      Plaintiff,<br><br>      -against-<br><br>SCREENPRISM MEDIA, INC.,<br><br>                      Defendant. | 24-CV-9337 (AS)<br><br>ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING AND SHOW CAUSE HEARING |

ARUN SUBRAMANIAN, United States District Judge:

      On **March 31, 2025**, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 21.

      It is hereby ORDERED that Defendant shall file any opposition to the motion for default judgment by **April 23, 2025**.  Defendant is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

      It is further ORDERED that Defendant appear and show cause before this Court on **May 8, 2025**, at **4:30 PM**, why an order should not be issued granting a default judgment against Defendant.  Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases.  The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code **145 455 240**, followed by the pound (#) key.

      In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference.  That is, if Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including Defendant — shall follow the pre-conference procedures specified in the Court's Order of December 13, 2024 including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Wednesday prior to the conference.  *See* ECF No. 9.

It is further ORDERED that Plaintiff serve Defendant <u>via overnight courier</u> with (1) a copy of the motion for default judgment and all supporting papers; (2) a copy of this Order; and (3) a copy of the proposed default judgment order **within one business day of the filing of each document**. In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: April 3, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge